UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| TERRI A. BOYER, | ) |
| | ) CASE NO.: 3:14-CV-00607-RCJ-VPC |
| Plaintiff, | ) |
| | ) |
| v. | ) O R D E R |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendants. | ) |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #17) entered on December 17, 2015, in which the Magistrate Judge recommends the Court grant Plaintiff's Amended Motion for Remand (ECF #12) and deny Defendant's Cross Motion for Summary Judgment (ECF #15). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #17).

IT IS HEREBY ORDERED that Plaintiff's Amended Motion for Remand (ECF #12) is GRANTED.

IT IS FURTHER ORDERED that Defendant's Cross Motion for Summary Judgment (ECF #15) is DENIED.  The Clerk of the Court shall close this case.

IT IS SO ORDERED this 5th day of January, 2016.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE