## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| TERRI A. BOYER, | ) | 3:14-CV-00607-RCJ-VPC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | April 5, 2016 |
| CAROLYN COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendants | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN        REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has reviewed the parties' stipulation for the award and payment of attorney fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (#20).  While the court concurs with the substance of the stipulation, the proposed order includes no provision for payment of this court's filing fee of $400 which was waived with the caveat that the fee shall be paid if recovery is made (#2).

Based upon the foregoing, the court will not approve the stipulation for the award and payment of attorney fees and expenses (#20).  However, the parties have leave to submit a revised stipulation to include a provision for payment of the court's filing fee.

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:           /s/
Deputy Clerk